**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-4599**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JULIO SEVILLA,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (CR-04-220-FL)

---

Submitted:  December 22, 2005        Decided:  December 29, 2005

---

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert H. Hale, Jr., Raleigh, North Carolina, for Appellant.  Frank D. Whitney, United States Attorney, Anne M. Hayes, Jennifer P. May-Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Julio Sevilla appeals his convictions for conspiracy to commit passport fraud, in violation of 18 U.S.C. § 371 (2000), and aiding and abetting to make false statements in applications for United States passports, in violation of 18 U.S.C. §§ 1542 and 2 (2000). On appeal, Sevilla challenges for the first time the admission of testimony of a Government witness, Gloria Madrid, claiming her testimony was improper evidence of prior bad acts under Fed. R. Evid. 404(b), and was unduly prejudicial under Fed. R. Evid. 403. We have reviewed the record and find no plain error in the admission of Madrid's testimony, which was elicited on cross-examination by Sevilla's co-defendant for purposes of challenging Madrid's credibility. See United States v. Olano, 507 U.S. 725, 732 (2005). Accordingly, we affirm Sevilla's convictions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED